IN THE UNTIED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **Debtor Name: Olabode A Odusoga**<br>**Debtor Alias(s) :** | Chapter  13 |
| | Case No.:  1:24-bk-00935-hwv |
| | Adversary No.: |
| **Olabode A Odusoga** | Motion for  Change Venue to Eastern District of Pennsylvania |
| vs. | |
| **U.S. Bankruptcy Court** | |

### OLABODE A ODUSOGA PRO SE MOTION TO CHANGE VENUE

   Upon consideration of, **Olabode A Odusoga**, respectfully requests that the bankruptcy **Judge Henry W. Van Eck**  change the venue of his bankruptcy proceedings from **Middle District of Pennsylvania** to **Eastern District of Pennsylvania** jurisdiction. The bankruptcy Court may grant a change of venue "for good cause." .

   Movant submits there is good cause in this case. Respondent will be residing at the following address:_33 s 5th ave coatesville PA 19023. Also the Movant county falls under the jurdistion of Eastern District of Pennsylvania.

   Creditors would not suffer any prejudice as a result of a change of venue. Based upon the foregoing, Movant respectfully requests that this motion to change venue be granted.

Respectfully submitted, 
**Olabode A Odusoga**
04/17/2024

Official Form 420A (Notice of Motion or Objection) (12/16)

# United States Bankruptcy Court
## Middle District of Pennsylvania

In re *Olabode Adebowale Odusoga*

Address: 33 s 5th ave Coatesville PA 19320

Case No. 1:24-bk-00935-hwv

Chapter 13

Last four digits of Social Security or Individual Tax-payer Identification (ITIN) No(s).,(if any): 6056

Employer's Tax Identification (EIN) No(s).(if any): _____

## NOTICE OF MOTION TO CHANGE VENUE

Olabode A Odusoga has filed papers with the court to relief sought in motion to change venue.

Date: 04/17/2024

Signature: [signed]
Name: Olabode A Odusoga
Address: 33 s 5th ave coatesville pa 19320